# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CIVIL ACTION |
| v. | : NO. 20-2275 |
| THE POINTE APARTMENTS OWNER, LP, *et al.* | : |

## ORDER

**AND NOW**, this 13th day of July 2020, upon considering the parties' joint Motion (ECF Doc. No. 3) to enter a consent Order (ECF Doc. No. 3-1), having reviewed the consent Order (ECF Doc. No. 3-1), and finding good cause, it is **ORDERED**:

1. The parties' joint Motion (ECF Doc. No. 3) is **GRANTED**;
2. We today enter the consent Order as a separate Order of Court; and,
3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.